Tesfaye W. Tsadik, Esq.; SB#108103
Law Offices of Tesfaye W. Tsadik
1736 Franklin Street, 10th Floor
Oakland, CA 94612
Telephone (510) 839-3922
Facsimile (510) 444-1704

Attorney for Plaintiff
ASAYEHGN DESTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASAYEHGN DESTA | Case No. C-04-05143 |
| Plaintiff, | |
| DOMINICAN UNIVERSITY OF CALIFORNIA, and DOES 1 through 50, inclusive. | **STIPULATION AND ORDER TO CONTINUE HEARING DATES** |
| Defendants. | |

**WHEREAS,** on May 11, 2005 the Court approved a Stipulation and Order continuing a hearing date in order to permit the parties time to pursue settlement through the Court appointed mediator,

**WHEREAS**, the filing and hearing date for the Defendant's motion was respectively continued to July 1, 2005 and August 4, 2005,

**WHEREAS**, the parties made substantial progress in resolving various issues and have drafted and circulated proposed settlement terms.

**WHEREAS**, the parties need additional time to finalize the settlement agreement.

-1-

WHEREAS, it is the parties belief that this case will be resolved through the settlement agreement.

The parties through their respective counsel hereby stipulate and agree to vacate the July 1, 2005 filing and the August 4, 2005 hearing date for defendant's summary judgment motion.

Dated: 06/27/05

　　　　　　　　　/s/
Tesfaye W. Tsadik, Esq.
Attorney for Plaintiff
ASAYEHGN DESTA

Dated: 06/27/05

　　　　　　　　　/s/
Joseph A. Burgess
Attorney for Defendant
DOMINICAN UNIVERSITY

It is so ORDERED

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

Signed:   June 27, 2005

APPROVED
Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-