1  Tesfaye W. Tsadik, Esq.; SB#108103
   Law Offices of Tesfaye W. Tsadik
2  1736 Franklin Street, 10th Floor
   Oakland, CA 94612
3  Telephone (510) 839-3922
   Facsimile (510) 444-1704
4
   Attorney for Plaintiff
5  ASAYEHGN DESTA

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

   ASAYEHGN DESTA                        )   Case No. C-04-05143
12                                       )
           Plaintiff,                    )
13                                       )   **NOTICE OF DISMISSAL WITH**
   DOMINICAN UNIVERSITY OF               )   **PREJUDICE [RULE 41(A)(**
14 CALIFORNIA, JOSEPH FINK, KEN          )
   PARADA, PHIL NOVAK, SHERRY            )
15 VOLK and DOES 1 through 50, inclusive.)
                                         )
16         Defendants.                   )
                                         )
17 _____       )

18     PLEASE TAKE NOTICE that as a result of settlement reached between the parties, the

19 action is dismissed with prejudice, with each party to bear his/its ~~won~~ own costs and attorney's fees.

20 Dated: January 19, 2004

21                                       _____/s/_____
                                         Tesfaye W. Tsadik, Esq.
22                                       Attorney for Plaintiff
                                         ASAYEHGN DESTA
23
       **IT IS SO ORDERED**
24

25

26 January 20, 2006

27                                       UNITED STATES

28

*IT IS SO ORDERED — Judge Charles R. Breyer*